AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

|   |   |
|---|---|
| K.B., by and through his parents and guardians, A.B. and S.B., individually, on behalf of similarly situated individuals,<br><br>*Plaintiff(s)*<br><br>v.<br><br>IBM MEDICAL AND DENTAL BENEFITS PLAN FOR REGULAR FULL-TIME AND REGULAR PART-TIME EMPLOYEES, et al.,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.  7:21-cv-01737-NSR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**IBM MEDICAL AND DENTAL BENEFITS PLAN FOR REGULAR FULL-TIME AND REGULAR PART-TIME EMPLOYEES**

c/o International Business Machines Corporation

c/o CT Corporation Systems, its Registered Agent

4400 Easton Commons Way, Suite 125, Columbus, OH 43219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| BOUER LAW LLC<br>Jodi F. Bouer<br>Kimberly Mack Rosenberg<br>44 Church St., White Plains, NY 10601<br>Tel. (917) 797 8033<br>Email: jbouer@bouerlaw.com; kim@bouerlaw.com | SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC<br>Eleanor Hamburger<br>3101 Western Avenue, Suite 350, Seattle, WA 98104<br>Tel. (206) 223-0303<br>Email:   ehamburger@sylaw.com |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: